1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AMERICAN BULLION, INC. AND
LEAR CAPITAL, INC.

        Plaintiffs,

    v.

PYONG KIM, and Does 1-10,
inclusive.

        Defendants.

CASE NO. 2:15-cv-03309-DDP (ASx)

The Honorable Dean D. Pregerson

**ORDER RE: STIPULATION OF
VOLUNTARY DISMISSAL WITH
PREJUDICE**

Mitchell
Silberberg &
Knupp LLP

7188292.1

**ORDER**

Having considered the parties' Stipulation of Dismissal with Prejudice,

IT IS HEREBY ORDERED that the above captioned action, including all claims therein, is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

**SO ORDERED.**

DATED:  October 26, 2015

_____
The Hon. Dean D. Pregerson
United States District Judge

**[PROPOSED] ORDER RE: STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**